# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| VERIZON, ET AL.,<br><br>　　　　Petitioners/Appellants,<br><br>v.<br><br>FEDERAL COMMUNICATIONS COMMISSION,<br><br>　　　　Respondent/Appellee. | No. 11-1355<br>(and consolidated cases) |

## UNOPPOSED AMENDED NOTICE OF INTENT TO FILE BRIEF AMICI CURIAE IN SUPPORT OF RESPONDENT BY INTERNET ENGINEERS AND TECHNOLOGISTS

Pursuant to D.C. Circuit Rule 29(b), Internet engineers and technologists including Scott Bradner, Lyman Chapin, David Cheriton, Douglas Comer, Phil Karn, Leonard Kleinrock, John Klensin, Jim Kurose, Nick McKeown, Craig Partridge, Vern Paxson, David P. Reed, Scott Shenker, Don Towsley, Paul Vixie, and Steve Wozniak hereby notify the Court of their intent to file a brief amici curiae in support of the Respondent Federal Communications Commission. All parties and intervenors have consented to this participation.

                          Respectfully submitted,

                          By: *s/ John Blevins*

                          John Blevins
                          Loyola University New Orleans
                          College of Law
                          7214 St. Charles Ave, Box 901
                          New Orleans, LA 70118

Dated: November 16, 2012

                          **COUNSEL FOR AMICI INTERNET ENGINEERS AND TECHNOLOGISTS**

## **CERTIFICATE OF SERVICE**

I, John Blevins, hereby certify that on November 16, 2012, I filed a copy of this notice of intent with the Clerk of the United State Court of Appeals for the D.C. Circuit via the Court's CM/ECF system, which will send notice of such filing to all counsel who are registered CM/ECF users.  Others, marked with an asterisk, will receive service by mail unless another attorney representing the same party and sharing the same address is receiving electronic service.

*s/John Blevins*

John Blevins
*Counsel to Amici Internet Engineers and Technologists*

**SERVICE LIST**

Helgi C. Walker
William S. Consovoy
Eve Klindera Reed
Brett A. Shumate
Wiley Rein LLP
1776 K Street, NW
Washington, DC 20006-2359
*Counsel for Verizon*

John T. Scott, III
1300 Eye Street, NW
Suite 400 West
Washington, DC 20005
*Counsel for Verizon*

Samir C. Jain
Wilmer Culter Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006-1420
*Counsel for Verizon*

Mark A. Stachiw
General Counsel, Secretary & Vice President
MetroPCS Communications, Inc.
2250 Lakeside Blvd.
Richardson, TX 75082
*Counsel for MetroPCS Communications*

Michael E. Glover
Edward Shakin
William H. Johnson
Verizon
Ninth Floor
1320 North Courthouse Road
Arlington, VA 22201
*Counsel for Verizon*

Walter E. Dellinger
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006-4001
*Counsel for Verizon*

Carl W. Northrop
Michael Lazarus
Andrew Morentz
Telecommunications Law Professionals PLLC
875 15th Street, Suite 750
Washington, DC 20005-2400
*Counsel for MetroPCS Communications*

Peter Karanjia
Jacob M. Lewis
Austin C. Schlick
Richard K. Welch
Joel Marcus
FCC Office of General Counsel
445 12th Street, SW
Washington, DC 20554
*Counsel for FCC*

4

Henry Goldberg
Goldberg, Godles, Wienger & Wright
1229 19th Street, NW
Washington, DC 20036-2413
*Counsel for Open Internet Coalition*

James Bradford Ramsay
General Counsel
National Association of Regulatory
Utility Commissioners
1101 Vermont Avenue, Suite 200
Washington, DC 20005-0000
*Counsel for NASUCA*

Genevieve Morelli
Independent Telephone &
Telecommunications Alliance
1101 Vermont Avenue, NW
Suite 501
Washington, DC 20005
*Counsel for ITTA*

Harold Feld
Public Knowledge
1818 N Street, NW, Suite 410
Washington, DC 20036
*Counsel for Public Knowledge*

Nickolai Gilford Levin
Catherine G. O'Sullivan
Robert J. Wiggers
U.S. Department of Justice
(DOJ) Antitrust Division, Appellate
Section
Office 3224
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
*Counsel for United States*

R. Craig Lawrence
U.S. Attorney's Office
(USA) Civil Division
555 4th Street, NW
Washington, DC 20530
*Counsel for United States*

Jeffrey J. Binder
Law Office of Jeffrey J. Binder
2510 Virginia Avenue, NW
Suite 1107
Washington, DC 20037
*Counsel for Vonage*

Earle Duncan Getchell, Jr.
*Wesley Glenn Russell, Jr.
Office of the Attorney General,
Commonwealth of Virginia
900 East Main Street
Richmond, VA 23219
*Counsel for Commonwealth of Virginia*

5

Brendan Daniel Kasper
*Kurt Matthew Rogers
Vonage Holding Company
23 Main Street
Holmdel, NJ 07733
*Counsel for Vonage*

David Bergmann
Law Office of David C. Bergmann
3293 Noreen Drive
Columbus, OH 43221-4568
*Counsel for NASUCA*

Quentin Riegel
National Association of Manufacturers
1331 Pennsylvania Avenue, NW
North Tower—Suite 1500
Washington, DC 20004-1790
*Counsel for National Association of Manufacturers*

Kevin Stuart Bankston
Emma Jornet Llanso
Center for Democracy and Technology
1634 I Street, NW
Suite 1100
Washington, DC 20006
*Counsel for CDT*

*Randolph J. May
The Progress & Freedom Foundation
1444 Eye Street, NW
Suite 500
Washington, DC 20005
*Counsel for PFF*

John P. Elwood
Vinson & Elkins LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, DC 20037-1701
*Counsel for Cato Institute, Competitive Enterprise Institute, and TechFreedom*

Stephen B. Kinnaird
Paul Hastings LLP
875 15th Street, NW
Washington, DC 20005-2400
*Counsel for MetroPCS*

Russell Paul Hanser
*Bryan Nicholas Tramont
Wilkinson Barker Knauer, LLP
2300 N Street, NW
Suite 700
Washington, DC 20037-1128
*Counsel for National Association of Manufacturers*

*Sam Kazman
Competitive Enterprise Institute
1899 L Street, NW
12th Floor
Washington, DC 20036
*Counsel for Competitive Enterprise Institute*

Ilya Shaprio
The Cato Institute
1000 Massachusetts Avenue, NW
Washington, DC 20001
*Counsel for Cato Institute*

6

        Respectfully submitted,

        By:  *s/John Blevins*
        John Blevins
        Loyola University New Orleans College of Law
        7214 St. Charles Ave, Box 901
        New Orleans, LA 70118

        **COUNSEL FOR INTERNET ENGINEERS AND TECHNOLOGISTS**

Dated:        November 16, 2012